UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 SOUTH DEARBORN ST. CHICAGO, IL 60604

IN RE:                              )
                                    ) CASE NO. 08-20834
WHITE, PAULA D.,                    ) CHAPTER 7
                                    ) HON. MANUEL BARBOSA
        Debtor.                     )

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

     At:  100 S. 3rd Street, Room 140, Geneva, IL  60134

     On:   December 17, 2009  Time:  10:00 AM

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The trustee's Final Report shows total:

     Receipts                              $     22,084.95

     Disbursements                         $      2,856.44

     Net Cash Available for Distribution   $     19,228.51

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 2,958.49 | $ 84.21 |
| Attn'y for Trustee, Roy Safanda | $ -0- | $ 1,495.00 | $  -0- |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $__-0-_____, must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be __-0-_____%.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7.  Claims of general unsecured creditors totaling $ 55,523.00    have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be   26.5  %.

Allowed general unsecured claims are as follows:

| Claim | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

Number

| | | | |
|---|---|---:|---:|
| 001 | Capital One | 1,013.59 | 268.19 |
| 002 | Chase Bank | 21,010.90 | 5,559.27 |
| 003 | Chase Bank | 33,498.51 | 8,863.36 |
| | | $55,523.00 | $14,690.81 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has been discharged.

11.  The Trustee proposed to abandon the following property at the hearing:

   NONE

Dated: _____           For the Court,


                                    By: _____
                                         Kenneth S. Gardner
                                         Clerk of the U.S. Bankruptcy Court
                                         219 S. Dearborn Street, 7th Floor
                                         Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761


Page 3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dpruitt                Page 1 of 1                  Date Rcvd: Nov 05, 2009
Case: 08-20834                Form ID: pdf006              Total Noticed: 14

The following entities were noticed by first class mail on Nov 07, 2009.
db           +Paula D. White,    481 North St.,    Elgin, IL 60120-5649
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Kenneth A Runes,    Runes Law Offices, P.C.,    800 W Central Road, Suite 104,
               Mount Prospect, IL 60056-2383
tr           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
12525625     +CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),    PO BOX 5155,
               NORCROSS, GA 30091-5155
12601282     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12500342     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
12500343      Chase Bank USA, NA,    PO Box 15145,    Wilmington DE 19850-5145
12699497      Citibank, N.A.,    Attn: Bankruptcy Dept.,    P.O. Box 293150,    Lewisville, TX, 75029-3150
12699496      Citibank, N.A.,    Attn: Bankruptcy Dept. (If known),    P.O. Box 293150,
               Lewisville, TX, 75029-3150
12500344     +EMC Mortgage Corp,    Attn Bankruptcy Dept,    PO Box 293150,    Lewisville, TX 75029-3150
12500345     +Harris NA,    P.O. Box 94034,    Palatine, IL 60094-4034
12500341     +Runes Law Offices PC,    800 W Central Road  Suite 104,    Mount Prospect, IL 60056-2383
12500340     +White Paula D,    481 North St,    Elgin, IL 60120-5649

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
14361641*     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
14361682*     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2009**                       **Signature:**   *Joseph Speetjens*